DAVID G. RICHARDSON, Respondent, v. FRANK L. KING, Appellant. BERNARD A. SCIARPELLETTI, JR., Respondent, v. FRANK L. KING, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.